NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JORDAN MICHAEL EADS,                )
                                    )
        Appellant,                  )
                                    )
v.                                  )        Case No. 2D18-2909
                                    )
STATE OF FLORIDA,                   )
                                    )
        Appellee.                   )
_____ )

Opinion filed March 20, 2019.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Pinellas County; Philip J. Federico,
Judge.


PER CURIAM.


        Affirmed.  See Williams v. State, 957 So. 2d 600 (Fla. 2007); Nielson v.

State, 984 So. 2d 587 (Fla. 2d DCA 2008).


NORTHCUTT, SALARIO, and ROTHSTEIN-YOUAKIM,JJ., Concur.